UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:23cv62397

RACHEL LUCOFF,

    Plaintiff,

v.

MEDICREDIT, INC. and UNIVERISTY HOSPITAL, LTD. d/b/a HCA FLORIDA WOODMONT HOSPITAL,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, Fla. Stat. §559.55, *et seq*. ("TCPA").

## JURISDICTION & VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant sent letters and made collection efforts in this District.

## PARTIES

3.    Plaintiff, Rachel Lucoff ("Lucoff"), is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, Medicredit, Inc., ("Medicredit"), is registered with the Florida Department of State, Division of Corporations as a foreign corporation. Its registered agent for service of process is CT Corporation System, 1200 Pine Island Road, Plantation, FL 33324.

5. Medicredit regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts for others.

6. Medicredit is registered as a collection agency.

7. Medicredit is a "debt collector" as defined in the FDCPA.

8. Medicredit is a creditor as defined by the FCCPA.

9. University Hospital, Ltd. is registered with the Florida Department of State, Division of Corporations as a foreign corporation. Its registered agent for service of process is CT Corporation System, 1200 Pine Island Road, Plantation, FL 33324.

10. HCA Florida Woodmont Hospital is a fictitious name owned by University Hospital, Ltd.

11. University Hospital, Ltd. d/b/a HCA Florida Woodmont Hospital ("Woodmont") is a creditor as defined in the FCCPA.

12. University Hospital, Ltd. d/b/a HCA Florida Woodmont Hospital retained Medicredit to collect a consumer debt against Plaintiff.

## FACTUAL ALLEGATIONS

13. Plaintiff was previously a patient at Woodmont.

14. After her insurance paid, there was a balance of $200.00.

15. On or about August 29, 2023, Woodmont caused Medicredit to send Plaintiff a collection letter stating it was seeking to collect a balance of $200.00. A copy of the August 29, 2023, letter is attached as Exhibit "A."

16. On or about September 8, 2023, Woodmont caused Medicredit to send Plaintiff a second collection letter this time stating that there was a negative credit of $300.00 and that the

balance now owed was $500.00. A copy of the September 8, 2023, letter is attached as Exhibit "B."

17. Plaintiff was a patient at Woodmont only one time and did not incur any additional charges between August 29 and September 8, 2023.

18. On or about December 12, 2023, Defendant sent Plaintiff a third collection letter also stating that the balance was $500.00 and offering a settlement amount of $300.00, which is $100.00 more than what the Plaintiff allegedly owes. A copy of the December 12, 2023, letter is attached as Exhibit "C."

19. Plaintiff was not a patient at Woodmont from September 8 through December 12, 2023, and did not incur any additional charges between those dates.

20. Defendants was seeking to collect a debt on behalf of Woodmont that was of a personal, family, or household nature.

21. Plaintiff is a student who works part-time. The difference between owing $200.00 and $500.00 is significant to Plaintiff.

22. The actions of Defendants caused Plaintiff to incur actual damages including emotional pain and suffering.

### COUNT I
### ATTEMPTING TO COLLECT MORE THAN WHAT IS OWED
### IN VIOLATION OF 15 U.S.C. §1692e AGAINST MEDICREDIT

23. Plaintiff incorporates Paragraphs 1 through to 8 and 12 through 22.

24. Defendant, Medicredit, communicated with Plaintiff in an attempt to collect more than what was actually owed in violation of 15 U.S.C. §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## ATTEMPTING TO COLLECT MORE THAN WHAT IS OWED
## IN VIOLATION OF FLA. STAT. §559.72(9) AGAINST BOTH DEFENDANTS

25.    Plaintiff incorporates Paragraphs 1 through to 3 and 9 through 22.

26.    Defendant, Woodmont, caused Medicredit, to communicate with Plaintiff in an attempt to collect more than what was actually owed in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    */s Joel D. Lucoff* _____
    Joel D. Lucoff
    Fla. Bar No. 192163
    Debt Shield Law
    3440 Hollywood Blvd., Suite 415,
    Hollywood, FL33021
    754-800-5299
    service@debtshieldlaw.com
    joel@debtshieldlaw.com
    dayami@debtshieldlaw.com