UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-62397-ROSENBERG

RACHEL LUCOFF,

    Plaintiff,

v.

MEDICREDIT, INC., and
UNIVERSITY HOSPITAL, LTD.,
d/b/a HCA FLORIDA WOODMONT
HOSPITAL,

    Defendants.
_____/

### ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal at docket entry 15. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of February, 2024.

                                                            ROBIN L. ROSENBERG
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record